## CLERK'S MINUTES OF ARRAIGNMENT

Date: **10/22/2025**          Judge: **FOURATT**          Clerk:    **C. ALVAREZ**

USA vs. **NANCY ANN CANO**                    Crim. No. **CR 25-4146 MIS**

Defendant present with counsel: **KEN DEL VALLE**    ☐ Apptd.  ☒ Retd.

U.S. represented by:   **MARIA ARMIJO, AUSA**

Name of Interpreter: **N/A**

Court in Session: **1:32-1:36 PM (2 min)**    Tape No:   **LCR SIERRA BLANCA**

☐ Defendant not present          ☐ Bench warrant issued

☐ Defense submits Waiver of Appearance at Arraignment and Entry of Not Guilty Plea


**Court asked the Defendant:**

☒          Name          ☐ Extent of education/schooling          ☐ Age

☐          Whether defendant has any medical or mental health issues or concerns

☒          Whether defendant has received a copy of **INDICTMENT**

☒          Whether defendant has had time to consult with his/her attorney

☒          Whether defendant will waive the reading of Indictment/Information

☒          Whether defendant is ready to plead

☒          Defendant entered a plea of NOT GUILTY

☒          Matter referred to District Judge

☒          Counsel ordered to file any motions by: **11/12/25**

☒          Case assigned to:

☐          **JUDGE GONZALES**              ☒          **JUDGE STRICKLAND**

☒          Trial set on trailing docket commencing: **TO BE SET**

☒          Defendant to remain on release

☒          Discovery Order entered

☐          Other: