# CLERK'S MINUTES OF ARRAIGNMENT

Date: **10/22/2025**          Judge: **FOURATT**          Clerk:     **C. ALVAREZ**

USA vs. **JOSE LUIS CANO**                    Crim. No. **CR 25-4146 MIS**

Defendant present with counsel: **GARY MITCHELL**     ☐ Apptd.   ☒ Retd.

U.S. represented by:   **MARIA ARMIJO, AUSA**

Name of Interpreter: **N/A**

Court in Session: **1:32-1:36 PM (2 min)**     Tape No**:**   **LCR SIERRA BLANCA**

☐ Defendant not present          ☐ Bench warrant issued

☐ Defense submits Waiver of Appearance at Arraignment and Entry of Not Guilty Plea

**Court asked the Defendant:**

| | | |
|---|---|---|
| ☒ Name | ☐ Extent of education/schooling | ☐ Age |

- ☐ Whether defendant has any medical or mental health issues or concerns
- ☒ Whether defendant has received a copy of **INDICTMENT**
- ☒ Whether defendant has had time to consult with his/her attorney
- ☒ Whether defendant will waive the reading of Indictment/Information
- ☒ Whether defendant is ready to plead
- ☒ Defendant entered a plea of NOT GUILTY
- ☒ Matter referred to District Judge
- ☒ Counsel ordered to file any motions by: **11/12/25**
- ☒ Case assigned to:
    - ☐ **JUDGE GONZALES**          ☒ **JUDGE STRICKLAND**
- ☒ Trial set on trailing docket commencing: **TO BE SET**
- ☒ Defendant to remain on release
- ☒ Discovery Order entered
- ☐ Other: