IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

Criminal No. 25-4146 MIS

vs.

**NANCY ANN CANO and**
**JOSE LUIS CANO, a.k.a.**
**Joel Cano,**

    Defendants.

## UNOPPOSED
## MOTION TO CONTINUE TRIAL AND CALL OF THE CALENDAR

**COMES NOW,** the Defendant, Jose Luis Cano, by and through his attorney, Gary C. Mitchell, and moves the Court continue the Call of the Calendar set on Thursday, November 13, 2025, and the Jury Selection and Trial set on a trailing docket on December 15, 2025, and as grounds therefore states:

1. Nancy Ann Cano and Jose Luis Cano are wife and husband.

2. The Grand Jury Indictment filed October 7, 2025 charged with Count 1 both Nancy Ann Cano and Jose Luis Cano with a violation of *18 U.S.C. § 1512 (k)* Conspiracy to tamper with evidence and Jose Luis Cano with Count 2, a violation of *18 U.S.C. § 1512 (c) (1)* Tampering with evidence.

3. Neither Mr. Cano nor Ms. Cano is incarcerated.

4. Nancy Ann Cano was represented by Attorney At Law Renan Kenneth del Valle.

5. Attorney Renan Kenneth del Valle, on October 30, 2025, passed away.

6. Ken Del Valle was not only a very good human being but a dynamic and fearless attorney and his death was untimely and unexpected.

7. Mr. Del Valle and the undersigned had an excellent working relationship, and, within the Rules of Professional Responsibility and Ethics and the law, were cooperating in the defense of Ms. Cano and Mr. Cano as best they good without compromising the attorney-client relationship each had with their respective client.

8. Jose Luis Cano asked the undersigned to contact other attorneys and assist in recommending some attorneys who Nancy Ann Cano could contact for legal representation.

9. As of this motion, no attorney has been obtained; one of the problems being the costs and the other the fact trial is set in December, now less than 45 days away.

10. The undersigned is in a jury trial in Carlsbad, New Mexico on the date set for the Call of the Calendar on November 13, 2025, and it was expected Mr. del Valle would cover that proceeding for the undersigned if a continuance of such could not be obtained.

11. The matter set for the undersigned in Carlsbad is and has long been set for jury trial and the District Court in the Fifth Judicial District, County of Eddy, State of New Mexico will not continue the jury trial.

12. Ms. Cano, without Mr. Del Valle's assistance and counsel, cannot proceed and needs time to obtain new counsel and for that counsel to prepare.

13. There is significant discovery in this case. New counsel for Ms. Cano will need time to review such and to prepare.

14. Certain key decisions must be made by the defendants that cannot be made without Ms. Cano having her own legal counsel.

15. Failure to continue the trial and the call of the calendar place Ms. Cano in serious jeopardy without legal counsel, and because the defendants are wife and husband, certain key decisions cannot be made regarding the presentation of the defenses of both defendants.

16. Pursuant to *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009), continuing the December 2025 trial to a later date will allow time for Ms. Cano to obtain legal counsel and allow time for that counsel to prepare and allow time both counsel for Mr. Cano and counsel for Ms. Cano to confer and make certain necessary decisions for the presentation of the defense case.

17. *18 U.S.C.A. § 3161 Time Limits and exclusions* are waived by Mr. Cano and it is expected would be waived by Ms. Cano so she can obtain legal counsel and be prepared for trial. In any event, delay due to having to obtain new counsel should be excluded in computing the time within which trial should be had.

18. All delay resulting from this continuance is attributable to the defense for speedy trial purposes.

19. The ends of justice are served by the granting of this continuance, as Ms. Cano needs additional time to obtain legal counsel due to the untimely and unexpected death of her attorney and the new attorney must have time to review discovery and assess all options. It is also in the best interest of Mr. Cano that trial be continued because certain decisions regarding the presentation of the defense cannot be discussed and made without Ms. Cano having an attorney and consulting with that attorney.

20. A continuance of the trial and the Call of the Calendar is respectfully requested.

21. Opposing counsel representing the United States has been contacted and does not oppose

the motion.

DATED this 6th day of November, 2025.

        Respectfully submitted,

        */s/ Gary C. Mitchell*
        GARY C. MITCHELL, P.C.
        P.O. Box 2460
        Ruidoso, New Mexico 88345
        (575) 257-3070
        gary@gmlaw.org

        Attorney for Defendant Jose Luis Cano

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was emailed and served by the Court's EM/ECF system to counsel of record, this 6th day of November, 2025.

        */s/ Gary C. Mitchell*
        Gary C. Mitchell, P.C.