IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                CR 25-4146-MIS

NANCY ANN CANO,

    Defendant.

**UNOPPOSED MOTION FOR 90 DAY CONTINUANCE OF TRIAL SETTING**

Comes now the Defendant, Nancy Ann Cano, by and though her attorney, Noel Orquiz, and moves the Court to continue the trial date in this matter currently scheduled for January 20, 2025 as well as the Call of the Calendar scheduled for December 16, 2025 and any deadlines associated with this trial date and as grounds hereby states:

1. The Defendant and her codefendant were arraigned in this matter on October 25, 2025.

2. On October 30, 2025 the Defendant's original attorney Kenneth Del Valle tragically and and unexpectedly died.

3. On November 13, 2025 the Court granted a continuance to allow the Defendant to obtain substitute Counsel.

4. On November 14, 2025 the Court allowed Noel Orquiz to substitute as Counsel of record and represent Ms. Cano.

5. The parties have been diligent about getting substitute counsel all of the discovery. However, because of the voluminous nature of the discovery (nearly 2000 pages written and over 2 terabytes of data), the process has now just been completed.

6. Ms. Cano's current counsel is only now in a position to begin the process of reviewing the discovery which the other parties have had the benefit of for several months.

7. It is crucial for the Defendant that her counsel have adequate opportunity to review all of the discovery, not just to be prepared for the upcoming trial but also to determine what, if any, motions may be appropriate to file, and to assist her in other key decisions to be made on her behalf.

8. The only prior request for continuance of this matter was the aforementioned continuance to allow the Defendant time to retain substitute counsel.

9. The Government through its Assistant United States Attorney, Maria Armijo, does not oppose this continuance. Gary C. Mitchell, Attorney for the CoDefendant Joel Cano also does not oppose this Motion. Both Defendant's are on conditions of release and not in custody.

10. Ms. Cano hereby waives any 18 U.S.C.A. Sec. 3161 time limits and exclusions.

11. The discovery in this matter is much more voluminous than in most cases and the Defendant's interest in having her counsel have adequate time to review all discovery outweigh the interests in a speedy trial and in compliance with the

provisions of 18 U.S.C. Sec. 3161(b)(7)(A) and <u>United States v. Toombs</u>, 574 F. 3d 1262 (2009).  The undersigned states that the ends of justice will be served by a granting of this continuance.

Wherefore for the above stated reasons, the Defendant Nancy Ann Cano respectfully requests that the Court enter an Order granting a continuance of the trial currently set for January 20, 2026 and the Call of the Calendar currently scheduled for December 16, 2025 for a period of 90 days to allow for the needs stated in the motion.

                          Respectfully submitted,

                          /s/Noel Orquiz
                          Noel Orquiz
                          Attorney for the Defendant
                          P.O. Box 971
                          Deming, NM  88031
                          (575) 546-4131
                          norq@zianet.com

      I hereby certify that I have filed this document this 9th day of December 2025 using the Court's electronic filing system.  It is my understanding that copies of this document are forwarded to all parties of record.

/s/Noel Orquiz
Noel Orquiz