UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE MARGARET I. STRICKLAND**

## CRIMINAL CLERK'S MINUTES – STATUS HEARING

CASE NUMBER: **CR 25-4146  MIS**          DATE: **7/27/2026**

CRD**: JESSICA CHAVEZ**          COURT REPORTER: **RACHEL LOPEZ**

DEFENDANT(S):          ATTORNEY(S):
**JOSE LUIS CANO**          **GARY MITCHELL**
**NANCY CANO**          **NOEL ORQUIZ**

AUSA: **MARIA ARMIJO**          Interpreter: **N/A**

Pretrial Officer: **N/A**          Court in Session: **3:29PM – 3:35 PM (6 MINUTES)**

3:29  PM COURT:  CASE CURRENTLY SET FOR TRIAL ON SEPTEMBER 21, 2026.   COURT UNAVAILABLE LAST PART OF WEEK.   WOULD BEGIN ON SEPTEMBER 21, 22 AND GO INTO FOLLOWING WEEK, SEPTEMBER 28, 29, 30.

MS. ARMIJO  WOULD REQUEST NO SEPARATE.
MR. MITCHELL AND MR. ORQUIZ  CONCUR.

COURT:  COUNSEL TO LOOK AT CALENDARS AND SUBMIT PROPOSED DATES TO THE COURT BY FRIDAY, JULY 31ST.    TRIAL DATE WILL REMAIN AS SET UNTIL HEAR FROM COUNSEL.