**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

Criminal No. 2:25-cr-04146-MIS

Plaintiff,

vs.

**NANCY ANN CANO and**
**JOSE LUIS CANO, a.k.a.**
**Joel Cano,**

Defendants.

**JOINT**
**MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL**
**and FOR FIRM SETTING**

**COMES NOW,** the Plaintiff, United States of America, by and through its attorneys Maria Y. Armijo and Randy M. Castellano; the Defendant, Jose Luis Cano, by and through his attorney, Gary C. Mitchell; and the Defendant Nancy Ann Cano, by and through her attorney, Noel P. Orquiz, and move the Court continue the Pretrial Conference set September 2, 2026 and the Jury Selection and Trial set to begin on September 21, 2026, and any deadlines associated with this trial date, and as grounds therefore state:

1. Nancy Ann Cano and Jose Luis Cano are wife and husband and share a common defense strategy although each understands that they are not obliged to do so. They agree this motion is mutually beneficial.
2. The Grand Jury Indictment filed October 7, 2025 charged in Count 1 both Nancy Ann Cano and Jose Luis Cano with a violation of ***18 U.S.C. § 1512 (k)*** Conspiracy to tamper with evidence and Jose Luis Cano in Count 2, with a violation of ***18 U.S.C. § 1512 (c) (1)***

Tampering with evidence.

3. The defendants were arraigned in this matter on October 25, 2025.
4. On October 25, 2025, the Defendant Nancy Cano's original attorney Kenneth Del Valle tragically and unexpectedly died.
5. On November 13, 2025, the Court granted a continuance to allow Defendant Nancy Canon to obtain substitute counsel.
6. On November 14, 2025, the Court allowed Noel P. Orquiz to substitute as Counsel of record and represent Ms. Cano.
7. The parties were diligent about getting all counsel discovery (nearly 2000 pages written and over 2 terabytes of data).
8. Both defendants are on conditions of release and not in custody.
9. Jose Luis Cano is represented by Attorney At Law Gary C. Mitchell.
10. Nancy Ann Cano is represented by Attorney At Law Noel P. Orquiz.
11. The parties have previously waived time limits and continue to do so.
12. On July 27, 2026, at conference, the parties were advised that the Court was unavailable the last part of the week and the trial would begin on September 21, 22 and go into the following week September 28, 29, 30.
13. Counsel request no separation of trial days.
14. The Defendants' interest in having their trial with no separation outweighs the interests in a speedy trial and is in compliance with 18 U.S.C. Sec. 3161 (b)(7)(A) and ***United States v. Toombs***, 574 F.3d 1262 (2009). The undersigned state that the ends of justice will be served by a granting of this continuance.
15. In addition, the parties need additional time to go over voluminous discovery, prepare

potential motions and discuss a possible resolution of the case with the need for a trial.

16. A continuance of the trial and the pretrial conference is respectfully requested.

17. Opposing counsel Maria Armijo and Randy Castellano representing the United States join in and do not oppose this motion.

18. Counsel respectfully request a resetting of this matter to a **definite** trial setting available to all parties, preferably January 11-15, 2027.

19. Additional grounds will be presented at hearing hereon if one is deemed necessary.

**WHEREFORE**, for the above stated reasons, the United States and the Defendants respectfully request that the Court enter an Order granting a continuance of the pretrial conference set on September 2, 2026, and the jury selection and trial set on September 21, 2026 for a firm setting available for all parties, preferably January 11-15, 2027.

DATED this 11th day of August, 2026.

Respectfully submitted,

*Approved via email 8/10/26 @ 7:47 p.m.*
MARIA YSABEL ARMIJO
RANDY M. CASTELLANO
Assistant United States Attorneys
555 S. Telshor Blvd. #300
Las Cruces, New Mexico 88011
(575) 522-2304

*/s/ Gary C. Mitchell*
GARY C. MITCHELL, P.C.
P.O. Box 2460
Ruidoso, New Mexico 88345
(575) 257-3070
gary@gmlaw.org
Attorney for Defendant Jose Luis Cano

*Approved via email 8/10/26 @ 7:53 p.m.*
NOEL P. ORQUIZ
P.O. Box 971

Deming, New Mexico 88031
(575) 546-4131
norq@zianet.com
Attorney for Defendant Nancy Ann Cano

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was emailed and served by the Court's EM/ECF system to counsel of record, this 11th day of August, 2026.

*/s/ Gary C. Mitchell*________
Gary C. Mitchell, P.C.