**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

Criminal No. 2:25-cr-04146-MIS

Plaintiff,

vs.

**NANCY ANN CANO and**
**JOSE LUIS CANO, a.k.a.**
**Joel Cano,**

Defendants.

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE AND FOR FIRM SETTING**

**THIS MATTER**, having come before the Court upon the Joint Motion to Continue Trial and Pretrial [Doc. 45] and for Firm Setting, the Court having heard from counsel and having been advised that Assistant United States Attorneys Maria Armijo and Randy Castellano join in and do not oppose this motion; and further, the joint motion having been filed in accordance with the provisions of 18 U.S.C. § 3161 (h)(7)(A) and it appearing that the ends of justice served by allowing this continuance outweigh the best interest of the public and the Defendants in a speedy trial; the Court thus being fully advised in the premises finds the Joint Motion is well-taken and should be granted.

The Court having considered the motion and subsequent to any hearing to determine the appropriate length to continue the trial, being fully advised in the premises and in light of the holding in ***United States v. Toombs,*** 574 F.3d 1262 (2009), finds that the Defendants have by their motion, created a sufficient record to justify granting the motion to continue. *See id.,* 574 F.3d as

1271 (requiring that the record on a motion to continue "contain an explanation of why the mere occurrence of the event identified by the party as necessitating the continuance results in the need for additional time").

**IT IS HEREBY ORDERED** that the Joint Motion be granted and the current September 2, 2026 pretrial conference and the September 21, 2026 jury trial setting is continued to **JANUARY 11, 2027 AT 9:00 AM (5 days) and Pretrial Conference set JANUARY 4, 2027 AT 9:30 AM** ; and that pursuant to 18 U.S.C § 3161 (h)(7)(A), the delay resulting from the continuance shall be excluded for purposes of the Speedy Trial Act.

Margaret Strickland

Margaret I. Strickland
U.S. District Judge

APPROVED BY:

*/s/ Gary C. Mitchell*
GARY C. MITCHELL, P.C.
Attorney for Defendant Joel Cano
P.O. Box 2460
Ruidoso, New Mexico 88355
(575) 257-3070

*Approved via email 8/10/26 @ 7:53 p.m.*
NOEL P. ORQUIZ
Attorney for Defendant Nancy Cano
P.O. Box 971
Deming, New Mexico 88031
(575-546-4131

*Approved via email 8/10/26 @ 7:47 p.m.*
MARIA YSABEL ARMIJO
RANDY M. CASTELLANO
Assistant United States Attorneys
555 S. Telshor Blvd. #300
Las Cruces, New Mexico 88011
(575) 522-2304